UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GLYNDA HOLCOMB,

    Plaintiff,

v.                                    Case No. 6:22-cv-716-WWB-DCI

CENTRAL FLORIDA REGIONAL
TRANSIT AUTHORITY,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon *sua sponte* review of the file. On July 19, 2022, this Court entered an Order (Doc. 18), dismissing the Amended Complaint (Doc. 3) without prejudice with leave to amend on or before August 9, 2022. The Order also warned that failure to file an amended complaint could result in dismissal of this case without further notice. (Doc. 18 at 2). Nevertheless, Plaintiff has not filed an amended complaint.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to prosecute. *See Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (noting that a court may *sua sponte* dismiss a case under its inherent authority to manage its docket). The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on November 14, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party